Per Curiam.
{¶ 1} Based on our decision in State ex rel. Coble v. Lucas Cty. Bd. of Elections, 130 Ohio St.3d 132, 2011-Ohio-4550, 956 N.E.2d 282, we grant a writ of mandamus to compel respondent, Lucas County Board of Elections, to place the name of relator, Neal Mahoney, on the November 8, 2011 election ballot as a candidate for Sylvania Township Trustee.
Writ granted.
O’Connor, C.J., and O’Donnell, Cupp, and McGee Brown, JJ., concur.
Pfeifer and Lundberg Stratton, JJ., concur in judgment.
Lanzinger, J., dissents.